# EXHIBIT B

# PROJECT AUTHORIZATION ORDER

**THIS PROJECT AUTHORIZATION ORDER** ("**Project Authorization Order**") by and between **McDONALD'S USA, LLC**, a Delaware limited liability company with an address of 110 N Carpenter St., Chicago, IL 60607 ("**McDonald's**"), and **Freeman & Associates Contracting Corp.** an address of**, 225 Tryon Road, Ste 104, Raleigh, NC 27603** ("**Contractor**"), is dated as of this 7th day of September, 2018.

## PRELIMINARY STATEMENTS

McDonald's and Contractor previously entered into a certain Master Agreement For Construction Services dated (the Master Agreement together with its exhibits and any amendments, "**Master Agreement**"); and

McDonald's desires to engage Contractor and Contractor is willing to perform a new project under the terms of the Master Agreement, all as set forth more fully in this Project Authorization Order.

**NOW, THEREFORE**, in consideration of the premises, the covenants and agreements contained in the Master Agreement and in this Project Authorization Order, and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the parties agree as follows:

1. **Incorporation of Recitals.** The above and foregoing recitals are incorporated into and made a part of this Project Authorization Order. All capitalized terms used in this Project Authorization Order, if not otherwise specifically defined, will have the meanings and definitions prescribed in the Master Agreement.

2. **Project.** Contractor and McDonald's agree and acknowledge that the project will be deemed to be a "Project" under and governed by the terms and conditions of the Master Agreement. McDonald's engages Contractor, and Contractor agrees to provide the following services and such other services as may be requested by McDonald's.

General Description of Construction:

| Project Type | Non Mod-MRP |
|---|---|
| Of a McDonald's Restaurant Located At: | 8055 ALBAN RD<br>NEWINGTON, VA, 22150 |
| State Site Location Code: | 450453 |

in accordance with the following plans and specifications:

See **Exhibit A-1 attached (Index of Drawings)**...

Document #1722553-V-1

McDonald's USA, LLC Specifications Book Issued June 1, 2013.

By signing below, Contractor certifies as follows:

  (1)  that Contractor has reviewed the attached index of Drawings which is attached as **Exhibit A-1**.

(2)  that Contractor has reviewed, analyzed, and received the Specifications and all of the Drawings identified on the index of Drawings which is attached and incorporated by reference.

(3)  that the work on the Project will be performed in conformance with the Drawings and Specifications.

3.  **Project Manual.**  The Work will be performed in accordance with the current version of the Project Manual.

4.  **Contract Sum.**  As compensation for Contractor performing the Project, McDonald's agrees to pay Contractor a total lump sum amount of:

| Lump sum amount: | ▮▮▮▮▮▮ |
|---|---|
| further described in McDonald's purchase order number: | *PO1961887* |

**THE CONTRACT SUM MUST BE EXPRESSLY SET FORTH IN THIS PARAGRAPH 4.** Except as explicitly specified in this Project Authorization Order, all costs and expenses incurred by Contractor in connection with the Project, the Project Authorization Order and the Master Agreement will be the responsibility of Contractor. In addition, Contractor acknowledges and agrees that Contractor has not and will not incur any costs or expenses in reliance on securing this or any other business of McDonald's.

5.  **Commencement, Notices of Commencement, and Time for Completion.** Contractor will commence construction of the Project within 7 business days after written notice is given by McDonald's or an authorized representative of McDonald's to Contractor, provided all necessary permits and approvals have been obtained. Contractor will achieve Substantial Completion of the Project within 26 calendar days after commencement, as may be evidenced by the schedule attached to this Project Authorization Order (the "**Contract Time**"). Contractor will make itself aware of and comply (or facilitate Owner's compliance) with all Applicable Laws that either mandate or allow the preparation and/or recording and/or posting of a notice of commencement or similar instrument in connection with the performance of the Work under any

Project Authorization Order, including, but not limited to the Applicable Laws of Florida, Georgia, Michigan, Nebraska, Ohio, Pennsylvania, South Carolina and South Dakota.

6. The McDonald's restaurant will close on 9/17/18.

7. As required by Paragraph 4.1 of the Master Agreement, Contractor will submit a list of Subcontractors and or a Contractor's Sworn Statement in accordance with Paragraph 7.7 of the Master Agreement.

8. **Non-Collusion Certification.** For the purposes of the statements set forth in this Section 8, Contractor understands that the word "competitor" includes any individual or organization, other than Contractor, whether or not affiliated with Contractor, who: (i) has been requested to submit a bid in connection with the Project; or (ii) could have potentially submitted a bid in connection with the Project, based on their qualifications, abilities or experience.

Contractor confirms that Contractor's bid for the Project was derived independently from, and without consultation, communication, agreement or arrangement with, any competitor. Without limiting the foregoing, there has been no consultation, communication, agreement or arrangement by or on behalf of Contractor with any competitor regarding:

- prices;
- methods, factors or formulas used to calculate prices;
- the intention or decision to submit, or not to submit, a bid; or
- the submission of a bid which does not meet the specifications of the invitation for bids.

In addition, there has been no consultation, communication, agreement or arrangement with any competitor by or on behalf of Contractor regarding the quality, quantity, specifications or delivery particulars of the products or services to which this Project relates, except as specifically authorized in writing by McDonald's.

The terms of this Project Authorization Order have not been, and will not be, knowingly disclosed by Contractor, directly or indirectly, to any competitor, unless otherwise required by law or as specifically authorized in writing by McDonald's.

9. **Binding Effect.** The terms, provisions and conditions of this Project Authorization Order will be binding upon and inure to the benefit of each respective party and their respective legal representatives, successors and assigns.

10. **Conflict.** In the event of a conflict between the terms of this Project Authorization

Order and the Master Agreement, the terms of the Master Agreement will control.

      **IN WITNESS WHEREOF**, the parties have caused this Project Authorization Order to be executed by their respective officers as of the date first above written.

CONTRACTOR:
FREEMAN & ASSOCIATES CONTRACTING CORP.

By: *Ruben Freeman* (DocuSigned: 0AB10B5A7EA543D...)

Print Name: Ruben Freeman
Title: President

Date: 9/7/2018


McDONALD'S:
McDONALD'S USA, LLC

By: *John A. D'Anna* (DocuSigned: 5B39C376975F459...)

Print Name: John A. D'Anna
Title: Lead Development Director

Date: 9/7/2018


McDONALDS:
McDONALDS USA LLC.

By: *Harry L. Thomas, Jr.* (DocuSigned: 763B4C007CFF497...)

Print Name: Harry Thomas, Jr.
Title: Field Vice President

Date: 9/9/2018



## GENERAL NOTES

- ALL DESIGNS AND PLANS REPRESENTED ON THESE DRAWINGS ARE OWNED BY JBI AND WERE CREATED FOR USE ON THE SPECIFIED PROJECT. NONE OF THE IDEAS, DESIGNS, ARRANGEMENTS OR PLANS REPRESENTED BY THESE DRAWINGS SHALL BE USED BY OR DISCLOSED TO ANY PERSON, FIRM OR CORPORATION FOR ANY PURPOSE WHATSOEVER WITHOUT WRITTEN PERMISSION FROM JBI
- WRITTEN DIMENSIONS SHALL TAKE PRECEDENCE OVER SCALED DIMENSIONS. ALL DIMENSIONS INDICATED ON THESE PLANS ARE FROM INSIDE WALL SURFACES. DO NOT SCALE OFF OF THESE PLANS - CONTACT JBI TO VERIFY ANY QUESTIONABLE DIMENSIONS.
- REFER TO ARCHITECTURAL AND/OR ENGINEERING DRAWINGS FOR COMPLETE AND ACCURATE DIMENSIONS OF BUILDING STRUCTURE.
- DO NOT USE FOR CONSTRUCTION UNLESS THE DRAWING HAS BEEN APPROVED BY THE CUSTOMER AND MARKED "APPROVED FOR CONSTRUCTION".
- DUE TO UNFORESEEN CHANGES THAT OCCUR DURING CONSTRUCTION, CONSTRUCTION MANAGER, AND/OR G.C. MUST VERIFY ALL INTERIOR BUILDING DIMENSIONS, EQUIPMENT, FURNITURE PLACEMENT, UTILITY LOCATIONS AND CONDITIONS AT THE JOB SITE AND NOTIFY JBI OF ANY DISCREPANCIES PRIOR TO CONSTRUCTION, MANUFACTURING, CORE DRILLING OR INSTALLATION.
- JBI MUST BE COPIED ON ANY BUILDING OR ARCHITECTURAL DRAWING CHANGES.
- JBI SHALL NOT BE RESPONSIBLE FOR UNDISCLOSED OR UNSEEN SITE CONDITIONS.
- CORE DRILL EQUIPMENT REQUIRES A MINIMUM 5" THICK CONCRETE SLAB. G.C. TO FINISH CORE DRILL HOLES WITH 1/4" GROUT TO MATCH FLOOR TILE GROUT.
- JBI ASSUMES THAT THERE IS NO INTERFERENCE IN SLAB FOR CORE DRILLED HOLES. ALL ELECTRICAL CONDUITS, WATER LINES, POST TENSION CABLES, ETC. LOCATED IN THE SLAB MUST BE IDENTIFIED BY THE ARCHITECT AND/OR GC AND NOTED AND ACKNOWLEDGED ON JBI DESIGN DOCUMENTS; COST FOR ALL REPAIRS RELATED TO HIDDEN CONDITIONS ARE THE RESPONSIBILITY OF THE CUSTOMER.
- FOR REMODEL INSTANCES JBI ASSUMES THAT ALL EXISTING STEEL WAS PROPERLY REMOVED IN ITS ENTIRETY AND ALL HOLES FILLED
- JBI PROVIDES RECOMMENDATIONS FOR OWNER/G.C. SUPPLIED ITEMS. IT IS THE RESPONSIBILITY OF THE OWNER/G.C. TO APPROVE AND OBTAIN SPECIFIED PRODUCTS. THE OWNER'S RESPONSIBILITIES INCLUDE ALL CONTRACTS WITH THE GENERAL & SUB CONTRACTORS AND THEIR COMPLIANCE WITH THESE SPECIFICATIONS.
- JBI DOES NOT WARRANT RECOMMENDED MATERIALS SUPPLIED BY THE OWNER/ G.C. THE WARRANTY IS PROVIDED BY THE SELLER OR MANUFACTURER OF THE MATERIAL.
- IN RARE INSTANCES, THE OWNER/G.C. MAY BE REQUIRED TO REMOVE A WINDOW IN ORDER TO GAIN FURNITURE ACCESS INTO THE DINING AREA.

## FINAL APPROVAL TERMS

- PLEASE SIGN THIS COVER PAGE TO INDICATE ACCEPTANCE OF PROJECT AS SHOWN IN DRAWING PACKAGE.
- A SIGNED SALES ORDER SIGNIFIES AN OBLIGATION TO PROCEED WITH THE EXECUTION OF THE SPECIFIED PROJECT.
- A DEPOSIT IS REQUIRED TO START PRODUCTION.
- CHANGE ORDERS ARE SUBJECT TO A MINIMUM $500 PROCESSING FEE.
- ALL ITEMS PRODUCED FOR YOUR PROJECT ARE CUSTOM MADE TO FIT THE BUILDING BASED ON INFORMATION GATHERED DURING THE INITIAL JOB SITE SURVEY OR THE PROVIDED ARCHITECTURAL DRAWINGS. SUCH PRODUCTS MAY NOT BE RETURNED OR EXCHANGED. JBI MUST BE NOTIFIED OF ANY BUILDING OR ARCHITECTURAL DRAWING CHANGES IN ORDER TO ENSURE PROPER PRODUCT FIT.

PLEASE SEE FINAL APPROVAL TERMS

| ON SITE DATE | -- |
| --- | --- |
| CUSTOMER SIGNATURE DUE DATE | -- |

Customer Name: _____

Customer Signature/Date: _____

**PROJECT INFORMATION:**

| PROJECT NO.: | T-McD22681 |
| NAT'L STORE NO.: | 13675 |
| BUILDING TYPE: | ---- |
| CUSTOMER: | CRAIG WELBURN |
| ADDRESS: | 8055 ALBAN ROAD |
| CITY / STATE: | NEWINGTON, VIRGINIA |

**JBI CONTACTS:**

PROJECT COORDINATOR:
CORY KIKKAWA
(310) 667-5616

LEAD DESIGNER:
KARI BRANHAM
(310) 667-5722

JBI
2680 El Presidio Street
Long Beach, CA 90810
T 1 310 667 5600
F 1 310 604 3827
www.jbi-interiors.com

FINALIZED DRAWINGS AS OF  08-03-18
* PLEASE DISREGARD ALL PREVIOUS DRAWINGS.

KIOSK REVIEW
APPROVAL: GRANTED
DATE: 03-20-18

CURRENT REVISION LETTER [A] DATE 08-03-18

| THIS SET INCLUDES: | REVISION HISTORY: |
| --- | --- |
| ● 0-COVER SHEET | A  08-03-18  OH |
| ● 1a-SEATING LAYOUT PLAN | A  08-03-18  OH |
| ● 1b-CORE DRILL PLAN | - TO FOLLOW - |
| ● 1c-BOLT DOWN INSTRUCTIONS | - TO FOLLOW - |
| ● 2-FINISH PLAN | A  08-03-18  OH |
| ● 3-CEILING PLAN | A  08-03-18  OH |
| ● 4a-ELEVATIONS | A  08-03-18  OH |
| ● 4b-ELEVATIONS | A  08-03-18  OH |
| ● 4c-ELEVATIONS | A  08-03-18  OH |
| ● 5-STANDARD DETAILS | A  08-03-18  OH |
| ● 6-GRAPHIC CROP GUIDE | A  08-03-18  OH |
| ● 7a-JBI LEGEND | A  08-03-18  OH |
| ● 7b-JBI LEGEND | A  08-03-18  OH |
| ● 8a-GC LEGEND | A  08-03-18  OH |
| ● 8b-GC LEGEND | A  08-03-18  OH |



THE NEIGHBORHOOD

| SET DRAWN / REVISED FROM | DATE RECEIVED: | OBTAINED FROM: |
| --- | --- | --- |
| BUILDING LAYOUT DRAWN FROM ARCHITECTURAL PLANS | 03-19-18 | ARCHITECT |
| BUILDING LAYOUT DRAWN FROM ARCHITECTURAL PLANS | 04-09-18 | ARCHITECT |
| ---- | · | · |
| ---- | · | · |

