# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AmGuard Insurance Company

CASE NUMBER: 1:22-cv-03111

V.

ASSIGNED JUDGE: Hon. Mary M. Rowland

Freeman & Associates Contracting Corporation

DESIGNATED
MAGISTRATE JUDGE: Hon. Heather K. McShain

TO: (Name and address of Defendant)

Freeman & Associates Contracting Corporation
225 Tryon Road, Suite 105
Raleigh, NC 27603-3591

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth T. Levine, Esquire
de Luca Levine LLC
301 E. Germantown Pike, 3rd Floor
East Norriton, PA 19401

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

K. Albert

(By) DEPUTY CLERK



June 15, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 8/5/2022 at 3:16pm |
|---|---|
| NAME OF SERVER *(PRINT)* Pauline Purvis | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 225 Tryon Rd, Ste 105, Raleigh NC 27603
c/o Annie Freeman, Vice President

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/05/2022
Date

*Signature of Server*
Pauline Purvis
4555 Antique Ln, Raleigh NC 27616
919-821-7762
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.